

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| AUSTIN BHARADWAJA and RYAN BHARADWAJA, | § | No. 08-24-00075-CV |
| Appellants/Cross-Appellees, | § | Appeal from the |
| v. | § | County Court at Law No. 7 |
| MICHAEL HAYS; ELIZABETH HAYS; and PANDA PAL PROPERTY, MANAGEMENT, LLC, | § | of El Paso County, Texas |
| | § | (TC# 2023-CCV00813) |
| Appellees/Cross-Appellants. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the trial court's judgment should be affirmed in part and reversed and rendered in part. We therefore (1) reverse the trial court's award of a reduction in the Bharadwajas' rent; (2) reverse the trial court's award of $10,000 in attorney's fees and render judgment for the Bharadwajas in the amount of $23,468; (3) render judgment of a civil penalty in favor of the Bharadwajas on each repair or remedy claim in the total amount of $6,600; and (4) reverse the trial court's award of contingent appellate fees in favor of the Bharadwajas. We affirm the trial court's judgment in all other respects. We remand the case to the trial court for entry of a judgment consistent with this opinion.

We further order that Appellants recover from Appellees and their sureties, if any, for performance of the judgment and all costs of appeal, for which let execution issue. *See* Tex. R. App. P. 43.5. This decision shall be certified below for observance.

IT IS ORDERED this 19th day of June 2025.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza C.J., Palafox and Soto, JJ.